UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DELONE ALFORD )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>SOCIAL SECURITY ADMINISTRATION )<br>        Defendant. ) | **JUDGMENT**<br>5:21-CV-232-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendations of the United States Magistrate Judge, to which no objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 15, 2022 and for the reasons set forth more specifically therein, that this action is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

**This Judgment Filed and Entered on August 15, 2022, and Copies To:**
Delone Alford (via US mail) 444 County Home Road, Blanch, NC 27212

August 15, 2022                PETER A. MOORE, JR., CLERK

                                      /s/ Sandra K. Collins
                                      (By) Sandra K. Collins, Deputy Clerk